CSD 1162 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Kristin A. Zilberstein, Esq. (SBN: 200041)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI BERGER
1920 Old Tustin Ave
Santa Ana, CA 92705
Ph:  (949) 427-2010
athursby@ghidottiberger.com

Order Entered on
December 5, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re MARCOS YBARRA
YOMHARA GUADALUPE YBARRA

Debtor.

BANKRUPTCY NO. 15-07294-LA13

US Bank Trust National Association as Trustee of the SCIG Series III Trust

Moving Party

RS NO. AT-1

MARCOS YBARRA
YOMHARA GUADALUPE YBARRA

Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☒ REAL PROPERTY    ☐ PERSONAL PROPERTY

The court orders as set forth on the continuation pages attached and numbered 2 through 4 with exhibits, if any, for a total of 4 pages. Motion Docket Entry No. 61

//
//
//
//

DATED: December 4, 2019

_____
Judge, United States Bankruptcy Court

CSD 1162

CSD 1162 [07/01/18] **(Page 2)**
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Marcos Ybarra and Yomhara Guadalupe Ybarra                                CASE NO: 15-07294-LA13
                                                                                   RS NO.: AT-1

The Motion of   US Bank Trust National Association as Trustee of the SCIG Series III Trust   ("Movant"),

for relief from the automatic stay having been filed with the above-entitled court on   10/31/19  , and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as

Exhibit A OR Notice Docket Entry No.   64, 63, 61  , if filed electronically), the Motion, and accompanying Declarations

having been served upon parties named below on   10/31/19  , and

- ☐ Debtor *(Name)*:   Marcos Ybarra, Yomhara Ybarra
- ☐ Debtor's Attorney *(Name)*:   Richard Chang
- ☐ Trustee *(Name)*:   David Skelton
- ☐ United States Trustee (in Chapter 11 & 12 cases), and
- ☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, **it is hereby ordered** as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☒ The following real property:
   
   a. Street address of the property including county and state:
      
      744 Saugerties Avenue
      San Diego, CA 92154
   
   b. Legal description is   ☒ attached as Exhibit B or   ☐ described below:

2. ☐ The following personal property as described   ☐ below or   ☐ in Exhibit B attached:

**It is further ordered** that *(Optional)*:

CSD 1162

Signed by Judge Louise DeCarl Adler December 4, 2019

# Exhibit "B"

Redacted

# EXHIBIT "A"

**DESCRIPTION**

THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO, CITY OF SAN DIEGO, AND IS DESCRIBED AS FOLLOWS:

LOT 84 OF ROYAL PARK UNIT NO. 1, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, ACCORDING TO MAP THEREOF NO. 6435, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JULY 23, 1969

Redacted

Signed by Judge Louise DeCarl Adler December 4, 2019